FILED
CLERK, U.S. DISTRICT COURT
NOV 30 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Courtney Estis <br><br> Defendant. | CASE NO. CR 08-1087 GHK <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143 (a)] |

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Cent Dist CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Alleged Failure to Appear for Counseling___

1
2
3
4        and/or
5   B.   (X)   The defendant has not met his/her burden of establishing by clear and
6        convincing evidence that he/she is not likely to pose a danger to the safety of
7        any other person or the community if released under 18 U.S.C. § 3142(b) or
8        (c). This finding is based on _____
9        __Non Appears, Pos Drug Test)__
10
11
12
13
14       IT IS THEREFORE ORDERED that the defendant be detained pending
15       further revocation proceedings.
16
17
18   Dated: 11/30/11
19
20
21
22       MICHAEL R. WILNER
         UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28